UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                  Case No: 21-11494-SMG

TERESA DECARIA                                                              Chp. 13

_____Debtor(s)_____/

**DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR
AMENDING CREDITOR INFORMATION**

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(C), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, or 1019. I hereby certify that:

[  ]   The paper filed **adds** a creditor(s) to the case. **I have:**
    [  ] remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report).
    [  ] provided the court with a supplemental matrix in the required format.
    [  ] provided notice to affected parties, including service of a copy of this notice and a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(C)].
    [  ] filed an amended schedule(s) and summary of schedules.

[  ]   The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
    [  ] remitted the required fee.
    [  ] provided notice to affected parties.
    [  ] filed an amended schedule(s) and summary of schedules.

[  ]   The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have**:
    [  ] provided notice to affected parties, including service of a copy of this notice and a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(C)].
    [  ] filed an amended schedule(s) or other paper.

[  ]   The paper filed **corrects** schedule D, E or F amount(s) or classification(s). **I have:**
    [  ] remitted the required fee.
    [  ] provided notice to affected parties.
    [  ] filed an amended schedule(s) and summary of schedules.

[ X ]   None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(C), or 1019-1(B).

Dated:   2 /22/2021                                              **/s/  Efrain Cortes**
                                                                      Efrain Cortes, Esq.
                                                                      FBN.: 0885649
                                                                      POB 590173
                                                                      Ft. Lauderdale, FL 33359
                                                                      (954) 486-5722
                                                                      Efrain@ecglawyer.com