United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 21-11494-SMG |
| Teresa Decaria | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: graster-t | Page 1 of 3 |
| Date Rcvd: Apr 26, 2021 | Form ID: CGFD45 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Teresa Decaria, 19101 SW 57 Ct., Sowthwest Ranches, FL 33332-1382 |
| cr | + | CP1 Ventures LLC, Florida limited liability compan, c/o Liebler Gonzalez & Portuondo, 44 West Flagler Street, Courthouse Tower - Suite 2500, Miami, FL 33130-6808 |
| cr | + | Ford Motor Credit Company LLC, c/o Gerard M. Kouri, Jr., Esq., 5311 King Arthur Avenue, Davie, FL 33331-3340 |
| 96078235 | + | Broward County Tax Collectors, pob 29009, Fort Lauderdale, FL 33302-9009 |
| 96112489 | + | CNP1 Ventures LLC, Liebler Gonzalez & Portuondo c/o Frank P, 44 West Flagler Street, Suite 2500, Miami, FL 33130-1817 |
| 96087178 | + | COMMUNITY RED CO AND BANESCO USA, 8724 SW 72 STREET #382, MIAMI, FL 33173-3512 |
| 96078238 | + | City National Bank Of, 25 W Flagler St, Miami, FL 33130-1785 |
| 96078239 | + | City Ntl Bk, 25 W Flagler St, Miami, FL 33130-1712 |
| 96078244 | + | Griffin Road 345 Property HOA, c/ Jorge Luis Lorenzo, R.A, POB 820493, Pembroke Pines, FL 33082-0493 |
| 96113660 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 96078247 | + | Lincoln Automotive Fin, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 96118649 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 96087180 | + | ROBERT BILSKY, 3418 CYPRESSWOOD DR. S., JACKSONVILLE, FL 32257-6924 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: swulfekuhle@broward.org | Apr 27 2021 01:12:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1818 |
| smg | | EDI: FLDEPREV.COM | Apr 27 2021 02:33:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Apr 27 2021 01:13:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | Email/Text: swulfekuhle@broward.org | Apr 27 2021 01:12:00 | Broward County, c/o Records, Taxes & Treasury, Attn: Bankruptcy Section, 115 S. Andrews Ave. A-100, Ft. Lauderdale, FL 33301-1888 |
| cr | + | EDI: RMSC.COM | Apr 27 2021 02:33:00 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96093678 | | EDI: HNDA.COM | Apr 27 2021 02:33:00 | Acura Financial Services, P.O. Box 168088, Irving, TX 75016-8088 |
| 96078231 | | EDI: HNDA.COM | Apr 27 2021 02:33:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 96078230 | + | Email/Text: aturner@acceptanceloan.com | Apr 27 2021 01:13:00 | Accptloanco, P O Box 9189, Mobile, AL 36691-0189 |
| 96124260 | | EDI: BECKLEE.COM | Apr 27 2021 02:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 96078232 | + | EDI: AMEREXPR.COM | Apr 27 2021 02:33:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 96078234 | | Email/Text: bankruptcy@bbandt.com | Apr 27 2021 01:12:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, |

| District/off: 113C-0 | User: graster-t | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 26, 2021 | Form ID: CGFD45 | Total Noticed: 43 |

| | | | |
|---|---|---|---|
| | | | NC 27894 |
| 96078233 | + EDI: TSYS2.COM | Apr 27 2021 02:33:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 96078236 | + Email/Text: swulfekuhle@broward.org | Apr 27 2021 01:12:00 | Broward County Tax Collectors, 115 S Andrews Ave # A100, Fort Lauderdale, FL 33301-1888 |
| 96078241 | + EDI: WFNNB.COM | Apr 27 2021 02:33:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 96078240 | EDI: WFNNB.COM | Apr 27 2021 02:33:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125columbus, Columbus, OH 43218 |
| 96078242 | + EDI: WFNNB.COM | Apr 27 2021 02:33:00 | Comenitybank/redicard, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 96078243 | + EDI: WFFC.COM | Apr 27 2021 02:33:00 | Dillard?s Card Services/Wells Fargo Bank, Attn: Bankruptcy, Po Box 10347, Des Moines, IA 50306-0347 |
| 96101386 | EDI: FORD.COM | Apr 27 2021 02:33:00 | Ford Motor Credit Company LLC, POB 62180, Colorado Springs, CO 80962 |
| 96078245 | EDI: IRS.COM | Apr 27 2021 02:33:00 | Internal Revenue Service, Centralized Insolvency Operations, POB 21126, Philadelphia, PA 19114 |
| 96078237 | EDI: JPMORGANCHASE | Apr 27 2021 02:33:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 96078246 | + Email/Text: PBNCNotifications@peritusservices.com | Apr 27 2021 01:12:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 96085259 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2021 01:34:51 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 96078248 | + Email/Text: bankruptcy@militarycredit.com | Apr 27 2021 01:13:00 | Military Credit Serv, 1150 East Little Creek Road, Suite 205, Norfolk, VA 23518-3826 |
| 96078249 | EDI: PRA.COM | Apr 27 2021 02:33:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 96129919 | EDI: PRA.COM | Apr 27 2021 02:33:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 96078250 | + Email/Text: robert@frankelpa.com | Apr 27 2021 01:14:00 | Robert P. Frankel, P.A., 1000 S. Pine Island Rd., #410, Plantation, FL 33324-3910 |
| 96082160 | + Email/Text: merri@vossklein.com | Apr 27 2021 01:13:00 | Sutter Filtration Systems c/o Voss & Klein, 49 N. Federal Hwy., Ste. 316, Pompano Beach, FL 33062-4304 |
| 96078251 | + EDI: RMSC.COM | Apr 27 2021 02:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 96078252 | + EDI: RMSC.COM | Apr 27 2021 02:33:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 96078253 | + Email/Text: merri@vossklein.com | Apr 27 2021 01:13:00 | Voss & Klein, Llc, 49 N Federal Highway, Pompano Beach, FL 33062-4304 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 113C-0 | User: graster-t | Page 3 of 3 |
| Date Rcvd: Apr 26, 2021 | Form ID: CGFD45 | Total Noticed: 43 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2021                              Signature:         /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Efrain Cortes, Esq. | on behalf of Debtor Teresa Decaria efrain@ecglawyer.com cristina@ecglawyer.com;efrain@ecglawyer.com;Sol@ecglawyer.com;corteser87167@notify.bestcase.com |
| Frank P. Cuneo, Esq. | on behalf of Creditor CP1 Ventures LLC  Florida limited liability company fpc@lgplaw.com, de@lgplaw.com;jem@lgplaw.com |
| Gerard M Kouri Jr., Esq | on behalf of Creditor Ford Motor Credit Company LLC gmkouripaecf@gmail.com  gmkouri@bellsouth.net |
| Laudy Luna, Esq. | on behalf of Creditor CP1 Ventures LLC  Florida limited liability company ll@lgplaw.com, de@lgplaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Robin R Weiner | ecf@ch13weiner.com  ecf2@ch13weiner.com |
| Scott Andron | on behalf of Creditor Broward County sandron@broward.org  swulfekuhle@broward.org |

TOTAL: 7

**CGFD45** (4/23/19)



**ORDERED in the Southern District of Florida on April 26, 2021**

*Scott M Grossman*
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 21–11494–SMG**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Teresa Decaria
19101 SW 57 Ct.
Sowthwest Ranches, FL 33321

SSN: xxx–xx–8935

## ORDER GRANTING EX PARTE MOTION TO DISMISS CASE

This matter is before the court on the ex parte Motion to Dismiss Case filed by the debtor. The court having reviewed this matter and being fully advised in the premises. It is

**ORDERED** that:

1. The motion to dismiss is granted and this case is dismissed.

*Page 1 of 2*

2.  All pending motions are denied as moot.

3.  The trustee shall file a final report prior to the administrative closing of the case.

4.  (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, Federal Building, 299 E Broward Blvd, Room 112, Ft Lauderdale FL 33301, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5.  A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

6.  In accordance with Local Rule 1002–1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk shall serve a copy of this order on all parties of record.

###

*Page 2 of 2*